**Order entered February 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00679-CV

### MAURICE MURPHY, Appellant

### V.

### AMY WASHINGTON a/k/a ELISA MURPHY, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-06133Y**

## ORDER

On September 27, 2012, this Court ordered court reporter Francheska Duffey to file the reporter's record within twenty days. On October 2, 2012, Ms. Duffey filed a letter stating she had not received a designation of the record from appellant. To date, we have not received the reporter's record, nor has appellant or Ms. Duffey communicated with the Court regarding the record.

Accordingly, we **ORDER** court reporter Francheska Duffey, to file by **MARCH 14, 2013**, either the reporter's record or written verification that appellant has not requested preparation of the record. *We notify appellant that if we receive verification that he has not requested the record, we will order the appeal submitted without the reporter's record.*

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Francheska Duffey.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to appellant Maurice Murphy and appellee Amy Washington.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE